UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS MOYA,

               Plaintiff,

  -v-

WILLIAM C. LAKE, and FERRARO FOODS Inc.,

               Defendants.

CIVIL ACTION NO.: 20 Civ. 1702 (LAK) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

As discussed during the status conference held today, March 11, 2021, the Court orders as follows:

1. By **Friday, March 19, 2021** the parties shall inform the Court whether they would like to proceed with the settlement conference currently scheduled for March 24, 2021 at 10:00 am. If the parties need additional time, they are directed to file a letter motion requesting an adjournment of the conference and shall include the requested length of the adjournment.

2. If the parties would like to go forward with the conference, they should exchange demands and responses as required by the Court's settlement practices, which direct a demand to be made 14 days before the scheduled conference, and a response 7 days thereafter. (See ECF No. 14).

Dated:    New York, New York
            March 11, 2021

SO ORDERED

*/s/ Sarah L. Cave*
**SARAH L. CAVE**
**United States Magistrate Judge**