UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS MOYA,<br><br>                           Plaintiff,<br><br>-v-<br><br>PENSKE TRUCK LEASING CO., LP, PENSKE TRUCK LEASING CORPORATION, WILLIAM C. LAKE, and FERRARO FOODS Inc.,<br><br>                           Defendants. | CIVIL ACTION NO.: 20 Civ. 1702 (LAK) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Having been advised by the parties that they have reached a settlement agreement, the Settlement Conference scheduled for June 21, 2021 is **CANCELLED**. The parties shall file a stipulation of dismissal addressed to the presiding District Judge, the Hon. Lewis A. Kaplan, by **August 2, 2021**.

Dated:       New York, New York
               June 17, 2021

SO ORDERED

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**